ABRAHAM N. LEVENTHAL, Appellant, *v.* THE WEBER-PEUTHERT COMPANY, Respondent, Impleaded with Another.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 15th day of November, 1915, upon the verdict of a jury, and also from an order entered on the 30th day of October, 1915, denying a motion for a new trial.   Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Smith, J., dissented, holding that the statement by Vogel was not binding on Leventhal, and that Leventhal can recover one-half of the note in suit.